## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

CHEN QUAN,

      Petitioner,

  v.                            No. 26-CV-682 KG / LF

WILLIAM P. JOYCE,
Acting Field Office Director,
U.S. Immigration and Customs Enforcement,
WILLIAM K. MARSHALL,
Warden, Otero County Processing Center,
Mary De Anda-Ybarra, Field Office Director
of Enforcement and Removal Operations,
El Paso Field Office, Immigration and Customs Enforcement,
Todd Lyons, Acting Director Immigration and Customs Enforcement,
Krisit Noem, Secretary, U.S. Department of Homeland Security and
Pamela Bondi, U.S. Attorney General,

      Respondents.

## ORDER GRANTING EXTENSION OF TIME

THIS MATTER having come before the Court upon the United States' Motion for an

Extension of Time to Respond to the Petition for Writ of Habeas Corpus (Doc. 1) and the Court

having reviewed the motion, finds good grounds to extend the time in which the United States is

required to respond.

IT IS THEREFORE ORDERED that the time in which the United States may file its

response to the Petition for Writ of Habeas Corpus (Doc. 1), is extended until April 3, 2026.

                        /s/Kenneth J. Gonzales
                        CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Submitted by:
*Electronically Signed*
Raquel Ruiz-Velez
Assistant U.S. Attorney